People v Hammack. (Docket No. 57946.) Request for appointment of counsel granted. Defendant shall file with Washtenaw Circuit Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before Washtenaw Circuit Court at which the prosecution, defendant, and the State Appellate Defender shall appear personally to aid the Court's inquiry. Washtenaw Circuit Court, upon a finding of indigency, shall appoint the State Appellate Defender and shall furnish any portion of the record counsel may require. George Lee Hammack, *in propria persona,* appellant. Reported below: 63 Mich App 87.

JULY 13, 1976

In the Matter of Mikesell. (Docket No. 55446.) Rehearing denied. *Brian J. McMahon,* Executive Director and General Counsel, for petitioner. *John L. Collins* and *Leo A. Farhat* for respondent. Reported at 396 Mich 517.

Sanford v Ryerson & Haynes, Inc. (Docket No. 56200.) Rehearing denied. *Rappleye, Bannasch & Wilkins* for plaintiff-appellant. *Conklin, Benham, McLeod, Ducey & Ottaway, P. C.,* for defendant-appellee. Reported at 396 Mich 630.

Fera v Village Plaza, Inc. (Docket No. 55910.) Rehearing denied. *Keywell & Rosenfeld* for plaintiffs-appellants-cross-appellees. *Cross, Wrock, Miller & Vieson* for defendants-appellees-cross-appellants Village Plaza, Inc. and Fairborn Property Company, Inc. Reported at 396 Mich 639.

JULY 15, 1976

Waldron v Armstrong Rubber Company. (Accidental Fire & Casualty Company of North Carolina v Armstrong Rubber Company). (Docket Nos. 58161, 58162.) Leave to appeal is considered, and it appearing to this Court that the case of *Southgate Community School District v West Side Construction Co* (Docket No. 57584) is presently pending on appeal before this Court and that the decision in